UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CRISTIAN SANCHEZ, Individually, and On
Behalf of All Others Similarly Situated,

                        Plaintiff,

vs.

SPICE ALLIANCE LLC,

                        Defendant.
---------------------------------------------------------------x

Case No.: 1:22-cv-04913-PGG-SLC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Cristian Sanchez hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Spice Alliance LLC.

DATED:  September 16, 2022

**MIZRAHI KROUB LLP**

        /s/ Edward Y. Kroub
        EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*